## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Talsk Research Inc.
         Plaintiff,

v.                 Case No.: 1:16–cv–02166
                 Honorable John J. Tharp Jr.

Microsoft Corporation
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2016:

  MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the parties stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is concluded. No appearance on the stipulation is required, and all future dates and deadlines are stricken. Each party shall bear its own costs, expenses, and attorneys fees. Civil case terminated.Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.